**Donald Jerome GREEN, Plaintiff—Appellant,**

v.

**M. SHARP, Defendant—Appellee.**

**No. 08–16663.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 17, 2009 *.

Filed Dec. 8, 2009.

Donald E. Green, Calipatria, CA, pro se.

April Hiroshima Gatling, Esquire, Deputy Attorney General, AGCA—Office of the California Attorney General (SAC), Sacramento, CA, for Defendant–Appellee.

Before: ALARCÓN, TROTT, and TASHIMA, Circuit Judges.

MEMORANDUM **

Donald Jerome Green, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that a prison guard violated his Eighth Amendment rights by failing to protect him from another inmate. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Green did not raise a triable issue as to whether the prison guard knew that inmate Frazier posed a substantial risk of serious harm to Green. *See Farmer v. Brennan,* 511 U.S. 825, 837–39, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) (holding that a prison official cannot be found liable for deliberate indifference unless the official knows of and

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

disregards an excessive risk to inmate health or safety).

Green's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.